STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

CHRISTOPHER D. VIEIRA (CABN 273781)
Special Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7301
FAX: (415) 436-7027
christopher.vieira@usdoj.gov

Attorneys for United States of America

FILED

May 10 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. MJ 21-70611 MAG |
| Plaintiff, | [P~~ROPOSED~~] DETENTION ORDER |
| v. | |
| JASON BLACKARD, | |
| Defendant. | |

On April 13, 2021, defendant Jason Blackard was charged by complaint with aggravated identity theft, in violation of 18 U.S.C. § 1028A(a)(1), use of an unauthorized access device, in violation of 18 U.S.C. § 1029(a)(2), and attempted mail theft, in violation of 18 U.S.C. § 1708.

This matter came before the Court on May 3, 2021 for a detention hearing. The defendant was present and represented by Assistant Federal Public Defender Elizabeth Falk. Special Assistant United States Attorney Christopher Vieira appeared for the government. The government moved for detention, and the defendant opposed. At the hearing, counsel submitted proffers and arguments regarding detention.

Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on the record, the Court finds by a preponderance of the evidence that no condition or combination of

conditions will reasonably assure the appearance of the person as required and clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person or the community. Accordingly, the defendant must be detained pending trial in this matter.

The present order supplements the Court's findings and order at the detention hearing and serves as written findings of fact and a statement of reasons as required by Title 18, United States Code, Section 3142(i)(1). As noted on the record, the Court makes the following findings as the bases for its conclusion: first, the defendant has three active warrants, a history of failures to appear, and many probation violations, indicating he is not amenable to supervision and is not likely to appear for court proceedings; second, the defendant has numerous convictions for theft, burglary, forgery and identity theft, making it likely he will reoffend if released; third, when law enforcement first attempted to arrest him in the instant case, he fled, and then later resisted arrest. These findings are made without prejudice to the defendant's right to seek review of his detention or file a motion for reconsideration if circumstances warrant it.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. The defendant be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED: May 10, 2021

HONORABLE THOMAS S. HIXSON
United States Magistrate Judge

[PROPOSED] DETENTION ORDER    2    v. 11/01/2018
MJ 21-70611 MAG